JILL P. TELFER, ESQ. (State Bar No. 145450)
LAW OFFICES OF JILL P TELFER
*A PROFESSIONAL CORPORATON*
331 J STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
email: jtelfer@telferlaw.com

Attorneys for Plaintiff
**MARK BAIRD**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BAIRD**, | CASE NO. 2:14-CV-02911-MCE-DAD |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN EXTENSION TO CONDUCT THE RULE 26(f) CONFERENCE AND FILE THE JOINT STATUS REPORT** |
| vs. | |
| **TARGET CORPORATION; MEDCOR INCORPORATED and DOES 1 through 20, inclusive** | |
| Defendants. | |

On February 17, 2015, the Court considered the *ex parte* application of Plaintiff Mark Baird, to extend the time to conduct the Rule 26(f) Conference and file the Joint Status Report.

The Court having considered the papers on application, and the law, and good cause appearing therefore,

IT IS ORDERED that the application be and is hereby GRANTED.

(1)   The deadline to conduct the Rule 26(f) Conference and file the Joint Status Report is extended to March 3, 2015

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

1
ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF RULE 26 JOINT STATUS REPORT FILING DEADLINE