1  Jill P. Telfer, Esq.
   Law Offices of Jill P. Telfer
2  330 J Street, Suite 200
   Sacramento, CA 95814
3  Email:  jtelfer@telferlaw.com
   Tel:  (916) 446-1916
4  Fax:  (916) 446-1726

5  *Attorneys for Plaintiff*
   MARK BAIRD
6
   MICHAEL D. BRUNO  (SBN: 166805)
7  mbruno@gordonrees.com
   SARA CHURCH REESE  (SBN: 135082)
8  sreese @gordonrees.com
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA 94111
10 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
11
   Attorneys for Defendant
12 MEDCOR INCORPORATED

13 Laura J. Maechtlen
   Sophia S. Kwan
14 SEYFARTH SHAW LLP
   560 Mission Street, 31st Floor
15 San Francisco, CA  94105
   Email:   lmaechtlen@seyfarth.com
16 Email:   skwan@seyfarth.com
   Tel: (415) 397-2823
17 Fax:  (415) 397-8549

18 Attorneys for Defendant
   TARGET CORPORATION
19
                    UNITED STATES DISTRICT COURT
20
                    EASTERN DISTRICT OF CALIFORNIA
21

22

23 MARK BAIRD                              )  CASE NO.  2:14-CV-02911-MCE-DAD
                                           )
           Plaintiff,                      )
24                                         )  **ORDER RE STIPULATION FOR**
      vs.                                  )  **DISMISSAL**
25                                         )
                                           )
26 TARGET CORPORATION, MEDCOR              )
   INCORPORATED an DOES 1 THROUGH          )
   20, inclusive                           )
27                                         )
                                           )
           Defendants.                     )
28

---

ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

(Left margin: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111)

Pursuant to the parties' stipulation for dismissal submitted on August 12, 2015 (ECF No. 20), it is hereby ordered that this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT